```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
               CIVIL NO. 19-1366(DSD/BRT)
```

Noel K.A.,

       Plaintiff,

v.                                                **ORDER**

Andrew M. Saul, Commissioner
of Social Security,

       Defendant.

     This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Judge Becky R. Thorson dated July 20, 2020. Plaintiff has not filed objections to the R&R in the time period permitted, and defendant has indicated that it will not file any objections.

     Based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

     1.   The R&R [ECF No. 18] is adopted in its entirety;

     2.   Plaintiff's motion for summary judgment [ECF No. 12] is granted in part and denied in part as set forth in the R&R;

     3.   Defendant's motion for summary judgment [ECF No. 15] is denied; and

4.   This matter is remanded to the Commissioner of Social Security for further proceedings pursuant to 42 U.S.C. § 405(g) (sentence four), consistent with the R&R.

Dated: October 8, 2020

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court